# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 22, 2013 |
| Court Reporter: Janet Coppock | Time: 45 minutes |
| Probation Officer: Gary Burney | Interpreter: Susanna Cahill |

**CASE NO.  11-CR-00279-PAB-04**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Barbara Skalla |
| Plaintiff, | |
| vs. | |
| **4.  CARLOS GARCIA-MARQUEZ,** | Martha Eskesen |
| Defendant. | |

## SENTENCING

**2:50 p.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00279-PAB-04
February 22, 2013

Court addresses defendant's objections to the presentence investigation report.

Argument by Ms. Skalla in support of Government's Motion for Downward Departure Pursuant to 5K1.1.

Argument by Ms. Eskesen.

Further argument by Ms. Skalla.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1. (Doc #508) is **GRANTED.**

Ms. Eskesen addresses sentencing.

Ms. Skalla addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **November 30, 2012** to counts **Two, Four, Six, Eight, and Ten of the Superseding Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **128** months as to counts **Two, Four, Six, Eight, and Ten, to be served concurrently**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4 years as to count Two and five years as to counts Four, Six, Eight, and ten, to be served concurrently**.

**ORDERED: Conditions** of Supervised Release that:
  (**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
11-CR-00279-PAB-04
February 22, 2013

- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss Counts in the Remaining Indictment (Doc #509) is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:35 p.m.     COURT IN RECESS**

**Total in court time:     45 minutes**

**Hearing concluded**