IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00279-PAB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. CARLOS GARCIA-MARQUEZ,

---

## ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Remaining Counts of the Superseding Indictment [Docket No. 509]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Remaining Counts of the Superseding Indictment [Docket No. 509] is granted. Counts One, Three, Five, Seven, Nine, Eleven, Thirteen, Fourteen, and Seventeen of the Superseding Indictment are dismissed as to defendant Carlos Garcia-Marquez.

    DATED February 22, 2013.

                              BY THE COURT:

                              PHILIP A. BRIMMER
                              United States District Judge